IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROCKY LEE BROWN,<br><br>Defendant. | UNDER SEAL<br><br>CRIMINAL NO. 1:25-mj-02969 |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Kfir Gamliel, being duly sworn, depose and state as follows:

#### PURPOSE OF THE AFFIDAVIT

1. This affidavit is submitted in support of a criminal complaint and arrest warrant for **ROCKY LEE BROWN ("BROWN")**, born in 1972, for violations of Title 18 U.S.C. Section 751(a) (Escape).

#### AGENT BACKGROUND

2. I am a Deputy U.S. Marshal (DUSM) with the United States Marshals Service (USMS) and serve as a criminal investigator. As a duly commissioned federal law enforcement officer of the USMS, I am authorized to carry firearms, execute warrants, make arrests for offenses against the United States of America and perform other law enforcement duties as authorized by law. I graduated from the Federal Law Enforcement Training Center (Glynco, GA) as a certified criminal investigator and have over 11 years of fulltime federal law enforcement experience. I am currently assigned to serve as a criminal investigator for the District of Maryland. In this capacity, among other duties and responsibilities, I conduct and investigate fugitive matters, domestic and foreign, involving escaped federal prisoners; federally supervised release, probation, parole, mandatory release, and bond-default violators.

3. The facts in the affidavit come from my personal observations, my training and

experience, and information obtained from other agents, witnesses, and reports. The affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about the matter.

4. I herein set forth the following facts to establish that there is sufficient grounds to believe that there is suffiecient probable cause that **BROWN**, committed the crime of Escape, in violation of 18 U.S.C. § 751(a).

## PROBABLE CAUSE

5. In 2001, **BROWN** (DOB: xx/xx/1972) was convicted of Possession of a Firearm and Ammunition by Felon (18 U.S.C. § 922(g)(1)) in the United States District Court for the District of Columbia, under case CR 01-272-01. On February 1, 2002, **BROWN** was sentenced to serve 57 months imprisonment, with 3 years of supervised release to follow his release from the Bureau of Prisons (BOP).

6. On September 12, 2023, **BROWN** signed a BP-A0434, Community Based Agreement (CBA), acknowledging rules and regulations that must be followed to participate in BOP release transitional programming.

7. On or about August 27, 2024, **BROWN** was transferred from Federal Correctional Institution Fairton to the Residential Reentry Center (RRC), the Volunteers of America (VOA) located at 5000 E. Monument Street, Baltimore, Maryland 21205, to serve the remainder of his federal sentence.

8. On November 19, 2024, at approximately 6:51 a.m., **BROWN** walked out of the VOA. He was observed by staff who were near the entrance to have in his possession a large trash bag with his belongings. **BROWN** was also observed by the same staff removing his GPS ankle monitor and leaving it outside of the RRC. **BROWN** has not returned to the facility and his exact

whereabouts are unknown.

9.  On or about November 19, 2024, the BOP reported that they were notified that **BROWN** had escaped from his assigned RRC at the VOA in violation of the CBA to which he agreed on September 12, 2023.

10.  To the best of my knowledge, **BROWN** has made no attempts to return to the VOA. I have located an Instagram social media account with the handle "rockyleebrownjr" in which, on a post dated October 7, 2025, BROWN stated in a video, "Washington, D.C." Through my knowledge, training, and experience, I believe this to mean that **BROWN** is located in the District of Columbia. Below is a screenshot from the video that was posted on the "rockyleebrownjr" account:



## CONCLUSION

11. As a result of the information above, there is probable cause to believe that, on November 19, 2024, **BROWN** escaped from BOP custody, in violation of 18 U.S.C. § 751(a).

WHEREFORE, I respectfully request that the Court authorize the attached criminal complaint and issue the arrest warrant.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information, and belief.

_KFIR GAMLIEL_
Deputy U.S. Marshal Kfir Gamliel
United States Marshals Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this  13th  day of November 2025.

Honorable Erin Aslan
United States Magistrate Judge